IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MELISSA LEE,** | 3:13-cv-02033-ST |
| **Plaintiff,** | ORDER |
| v. | |
| **COLUMBIA COLLECTION SERVICES, INC.,** | |
| **Defendant.** | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#71) on February 11, 2015, in which she recommends this Court grant in part and deny in part Defendant's Supplemental Petition (#64) for Attorney Fees.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

The Court, however, corrects one minor typographical error in the Findings and Recommendation:  Defendant incurred $167.70 in court-reporter expenses rather than $167.50.  The Court, nonetheless, adopts the Magistrate Judge's recommendation to award the full amount of the court-reporter fees.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#71) with the correction noted above. Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendant's Supplemental Petition (#64) for Attorney Fees and **AWARDS** to Defendant **$660.00** in attorney fees and **$167.70** in court-reporter expenses.

IT IS SO ORDERED.

DATED this 12th day of March, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER